IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WALTER J. BRZOWSKI, M29120, | ) |
| Petitioner, | ) |
| v. | ) Case No. 16 C 9961 |
| ILLINOIS DEPARTMENT OF CORRECTIONS WARDEN MICHAEL MELVIN, | ) |
| Respondent. | ) |

## MEMORANDUM ORDER

This Court's daily review of ECF filings has disclosed a puzzling hand-printed pro se document prepared by habeas petitioner Walter Brzowski ("Brzowski") and captioned "Petitioner's Inquiry Seeking Current Status Information." That filing arrived fully two weeks after this Court's issuance of its December 28, 2016 memorandum order (the "Order") (1) that explained the earlier existence "of a breakdown in this District Court's computerized recordkeeping system," a breakdown that had caused the erroneous dismissal of Brzowski's self-prepared Petition for a Writ of Habeas Corpus, and (2) that concluded with this paragraph:

> Under the circumstances this Court vacates its December 23 memorandum order dismissing Brzowski's Petition and this action pending further input from defense counsel. This Court orders defense counsel to file a response to Brzowski's most recent filings (Dkt. Nos. 11 through 14) on or before January 20, 2017, after which this Court can determine the appropriate course of action to follow.

But because it appears that Brzowski must not have received a copy of the Order, a copy is being transmitted to him together with a copy of this memorandum order. As the Order stated,

this Court contemplates taking appropriate further action after it receives defense counsel's response.

                                                           _____
                                                           Milton I. Shadur
                                                           Senior United States District Judge

Date: January 18, 2017